UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MATT GROVES and VERN DEOCHOA,<br><br>Plaintiffs,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION, a Washington corporation,<br><br>Defendant. | CASE NO. 2:23-cv-1662<br><br>ORDER REASSIGNING CASE TO JUDGE JOHN H. CHUN |

Upon review of the file in this matter, the Court finds cause to reassign this case to the Honorable John H. Chun, United States District Judge. All future documents filed in this case must bear cause number 23-cv-1662-JHC and must bear Judge Chun's name in the upper right-hand corner of the document. The name of the Judge to whom this case was originally assigned should not appear on any future documents filed with the Court. Please make the necessary corrections to your records reflecting these changes.

Dated this 28th day of November, 2023.

Jamal N. Whitehead
United States District Judge

ORDER REASSIGNING CASE TO JUDGE JOHN H. CHUN - 2